UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ADEBAYO,<br><br>          Plaintiffs,<br><br>     v.<br><br>ENTERPRISE RENT-A-CAR CO OF SAN FRANCISCO, LLC,<br><br>          Defendants. | Case No. 24-cv-03123-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Private Mediation to be completed before 12/20/2024.

FURTHER CASE MANAGEMENT: 1/10/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/27/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/28/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/2/2025;
          Opp. Due: 5/16/2025; Reply Due: 5/23/2025;
          and set for hearing no later than 6/6/2025 at 10:00 AM.

DESIGNATION OF EXPERTS: 7/2/2025; REBUTTAL: 8/1/2025;
          Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/12/2025.


PRETRIAL PAPERWORK DUE:  11/11/2025
PRETRIAL CONFERENCE DATE: 11/25/2025 at 1:30 PM.

BENCH TRIAL DATE: 12/8/2025 at 8:30 AM.
          Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 27, 2024

_____
SUSAN ILLSTON
United States District Judge